NORTH BERGEN FEDERATION OF TEACHERS v. BOARD OF
EDUCATION OF THE TOWNSHIP OF NORTH BERGEN,
HUDSON COUNTY.

May 13, 1980.

Cross–Petition for certification denied.

HERBERT LANCASTER v. STULZ SICKLES STEEL CO.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT C. BENSLEY.

May 13, 1980.

Petition for certification denied.